## Alton COOPER v. STATE. (No. 13251.)

Court of Criminal Appeals of Texas. Feb. 5, 1930.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of five years.

Before this court there is no statement of the facts heard upon the trial, nor is there presented any legal question for review.

The judgment is affirmed.

## Sterling DAVIS v. STATE. (No. 13219.)

Court of Criminal Appeals of Texas. Jan. 15, 1930.

Chandler & Keith, of Stephenville, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exceptions. The indictment follows the statute, and the charge of the court, the judgment, and the sentence are in line therewith.

No error appearing, the judgment is affirmed.

## John FLOREZ v. STATE. (No. 12949.)

Court of Criminal Appeals of Texas. Jan. 22, 1930.

John R. Francis, of Houston, for appellant.
O'Brien Stevens, Dist. Atty., of Houston, and A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

There are two bills of exceptions, but both were filed too late to be considered. The testimony seems amply sufficient. Officers met appellant on a public road, and testified that he had in his truck a gallon of whisky. Appellant's only defense was that the whisky belonged to a negro, who had asked him to let him ride. He said, when they met the officers, the negro jumped off the truck and ran. The officers testified that they had on plain clothes when they met appellant, and that no one jumped from the truck and ran away.

The judgment will be affirmed.

## R. C. HARPER v. STATE. (No. 13241.)

Court of Criminal Appeals of Texas. Feb. 5, 1930.

David E. O'Fiel, of Beaumont, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any statement of facts. There are two bills of exceptions, both of which depend for their merit upon the facts in the case. Neither bill can be appraised in the absence of such facts. The indictment appears to charge the offense correctly, and is followed by the instructions of the court, the verdict, and judgment.

No error appearing, the judgment will be affirmed.